IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARGUS INTERNATIONAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TUCANO USA, INC., a California corporation, and DOES 1-10,<br><br>Defendants. | Case No. 1:20-cv-2231<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/19/2020 |

## ORDER GRANTING STIPULATION FOR DISMISSAL

After considering the Stipulation for Dismissal submitted by Plaintiff and Counter-Defendant Targus International LLC ("Targus" or "Plaintiff") and Defendant and Counter-Claimant Defendant Tucano USA, Inc. ("Tucano" or "Defendant"), and for good cause appearing, Court **GRANTS** the Stipulation. It is ordered that:

(1)   The parties' claims and counterclaims asserted in this action shall be dismissed with prejudice; and

(2)   Each party shall bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Date:  October 19, 2020
          New York, New York

_Mary Kay Vyskocil_____
Hon. Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE